Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Laurel Jane Holland
Assistant United States Attorney
825 Jadwin Ave., Suite G-60
Richland, WA, 99352
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:23-CR-6024-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm |
| OMAR AGUILAR-CRUZ (a/k/a "Omar Cruz Aguilar," "Cruz Omar Aguilar"), | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) |
| Defendant. | Forfeiture Allegations |

The Grand Jury charges:

On or about April 22, 2023, in the Eastern District of Washington, the Defendant, OMAR AGUILAR-CRUZ (a/k/a "Omar Cruz Aguilar," "Cruz Omar Aguilar"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Hi-Point, model C9, 9 mm pistol with an obliterated serial number, which firearm had

INDICTMENT – 1

theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), the Defendant, OMAR AGUILAR-CRUZ (a.k.a. Omar Cruz Aguilar, Cruz Omar Aguilar), shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including, but not limited to:

- Hi-Point, model C9, 9 mm pistol with an obliterated serial number;
- Four (4) rounds of 9mm ammunition.

DATED this 18 day of July, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Laurel Holland*
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 2